# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENARO GARCIA MELENA,<br><br>　　　　　Defendant. | CR 11-00097 TJH<br><br><br>Order |

　　　The Court has considered Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines Manual § 2D1.1 (2014) ("USSG"), together with the moving papers.

　　　Sentencing reduction, pursuant to Amendment 782, only applies to drug sentences calculated using USSG § 2D1.1. Here, however, Defendant pled guilty and was sentenced pursuant to a binding Fed. R. Crim. P. 11(c)(1)(C) plea agreement that was calculated under a different Guideline range than USSG § 2D1.1. *See United States v. Austin*, 676 F.3d 924, 928 (9th Cir. 2012). Therefore, Defendant is not entitled to sentence reduction.

1  Because there is no statutory or constitutional right to counsel for a § 3582(c)
2  motion, and because Defendant's motion lacks merit, the Court declines to appoint
3  counsel. *See United States v. Richardson*, 569 Fed. Appx. 504, 504-05 (9th Cir. 2014).

5  Accordingly,

7  𝔍𝔱 𝔦𝔰 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that Defendant's motion for sentence reduction be, and hereby
8  is, 𝔇𝔢𝔫𝔦𝔢𝔡.

10 Date: November 2, 2015

_____
Terry J. Hatter, Jr.
Senior United States District Judge